IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH ("LIBBY") GIBBS, <br> on behalf of herself and the class <br> defined below, <br>     Plaintiff <br><br> VS. <br><br> CACH, LLC. and <br> SQUARETWO FINANCIAL ) <br> CORPORATION, formerly known as ) <br> COLLECT AMERICA, LTD, <br>     Defendants | § § § § § § § § § § § § | Case No.: 1:12-cv-00725 |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants CACH, LLC and SquareTwo Financial Corporation hereby submit their Certificate of Interested Parties and provide the following information:

**Plaintiff**: Plaintiff is Elizabeth ("Libby") Gibbs. As a natural person she is not a publicly traded entity. Her address is in care of her attorneys of record.

**Defendant CACH, LLC**: Defendant CACH, LLC presently has a financial interest in this case. CACH, LLC is a Colorado limited liability company whose principal offices are at 4340 S. Monaco, Denver, CO 80237. It is a wholly-owned subsidiary of SquareTwo Financial Corporation, the equity of which is not publicly traded.

**Defendant SquareTwo Financial Corporation**: Defendant SquareTwo Financial Corporation presently has a financial interest in this case.

SquareTwo Financial Corporation is a Delaware corporation whose principal offices are at 4340 S. Monaco, Denver, CO 80237. It is a wholly-owned subsidiary of CA Holding, Inc. the equity of which is not publicly traded.

        Respectfully submitted,

        **/s/** <u>Manuel H. Newburger</u>
        Manuel H. Newburger
        Barron & Newburger, P.C.
        1212 Guadalupe, Suite 104
        Austin, Texas 78701-1837
        (512) 476-9103
        Fax: (512) 279-0310
        mnewburger@bn-lawyers.com

        ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing Certificate has been served through the Court's ECF system and by fax transmission on the person(s) on the Service List below on this, the 10th day of February, 2012.

/s/ Manuel H. Newburger
Manuel H. Newburger

**SERVICE LIST:**

Thomas Soule
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Courtecl@edcombs.com